**RECEIVED**

DEC 1 8 2012 *aew*

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Donald Conwell
_____

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County; Lt. Bowers;
Sgt. Wiggins; ofc. Romero;
ofc. Chapman, and ofc. Malloy.
All defendants are sued
individually and in their
Official Capacity
(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

12 C 10062
Judge Ruben Castillo
Magistrate Judge Geraldine Soat Brown

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

    A.   Name: Donald Conwell

    B.   List all aliases: _____

    C.   Prisoner identification number: 2012-0607-038

    D.   Place of present confinement: Cook County Jail

    E.   Address: P.O. Box 089002, Chicago, I

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: Romero

        Title: Officer

        Place of Employment: Cook County Jail/Div 8, 10/Cermak

    B.   Defendant: Chapman

        Title: Officer

        Place of Employment: Cook County Jail/Div 8,10/Cermak

    C.   Defendant: Malloy

        Title: Officer

        Place of Employment: Cook County Jail/Div 8,10/Cermak

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: County Of Cook
   Title: A Municipal Corporation
   Place of Employment: Within state of ILLinois

E. Defendant: Bowers
   Title: (Lt)
   Place of Employment: Cook County Jail/Div 8,10/Cermak

F. Defendant: Wiggins
   Title: Sergeant
   Place of Employment: Cook County Jail/Div 8,10/Cermak

2-A

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Donald Conwell v. Cook County - 09 C 2359

B. Approximate date of filing lawsuit: 4-17-09

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Donald Conwell

D. List all defendants:

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN

F. Name of judge to whom case was assigned: Ruben Castillo

G. Basic claim made: Excessive force; Retaliation; Denial Of Medical Treatment; Assault, and Battery.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case Was Dismissed

I. Approximate date of disposition: 6-22-11

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) Plaintiff Donald Conwell is a Pretrial Detainee who's housed in the Protective Custody Unit in the Cermak hospital at the Cook County Jail on Living Unit 3-South.

2) On 8-30-12, and 8-31-12 Plaintiff Conwell was being threatened with bodily harm by Detainee Kevin Dawson who had posted Lots of threatening letters and notes in his cell window. Plaintiff Conwell Notified Staff. See Exhibit: "A", "B", and "C".

3) Plaintiff witnessed detainee Dawson with the metal Knife in his cell, and he detainee Dawson made Gestures towards Plaintiff Conwell as though he was going to stab Plaintiff Conwell. See Exhibit: "A"

4) Plaintiff Conwell Grievances about the threats, and Knife Gestures from Detainee Dawson were responded to by Commander Johnsen. See Exhibit "A"

5) Commander J.K. Johnsen posted memos that stated "Plaintiff Conwell and Detainee Dawson must be separated from each other. See Exhibit: "D"

4

Revised 9/2007

6.) On 10-25-12 around 5:30ᵃᵐ Defender Romero came to My cell to let me Know I had court. (10-25-12)

7) Plaintiff heard officer Romero tell detainee Dawson who is in the cell next door to Plaintiff " That he also had court." (10-25-12)

8) I then tell officer Romero that "I Plaintiff Conwell and Detainee Dawson are suppose to be Separated" and "The memo is posted at the officers Desk. See Exhibit "D"

9) Plaintiff Conwell then ask Defendant Romero " IF Plaintiff could speak the Supervisor Sgt. Wiggins"?

10) Defendent Romero told Plaintiff "Defendant Sgt. Wiggins would meet Plaintiff down stairs in Cermak waiting area."

11) Plaintiff was then pushed in his Wheel-Chair into Cermak waiting area where I saw Detainee Dawson staring at me.

12) Plaintiff then told Defendant officer Chapman about the Memo regarding the situation between Plaintiff Conwell, and Detainee Dawson. See Exhibit: "D"

13) Defendant officer Chapman Deliberately ignored Plaintiff Plea.

14) A few minutes later, Plaintiff saw detainee Dawson Pull one of his arms from his wheel-chair and attempt to attack Plaintiff

15) Two Unknown officers Grabbed the Wheel-Chair

5

arm, and took it from Detainee Dawson, yet Fail to
Separate Plaintiff Conwell, and detainee Dawson.

16) Three minutes Later Detainee Dawson threw the
other Wheel-Chair arm at Plaintiff Conwell and struck
him in the chest.

17.) Again Plaintiff was NOT separated From Detainee Dawson

18) On the third attempt Detainee Dawson jumped out of
his Wheel-Chair with a Metal Knife in his LEFT hand
and stabbed Plaintiff Conwell in his Right Lower Forarm,
and Blood shot every where.

19.) Defendant officer Malloy just stood around
smiling and stated "Hopefully he cut Vein"

20). Defendant officer Chapman stood in front of Plaintiff
with one Foot on the bench smiling as if the situation and
Plaintiff Conwell Bleed was Funny.

21) Defendants Chapman, Malloy, and 3 John Doe officers
Deliberately Delayed Plaintiff Conwell access to medical
treatment as they all stood around watching Plaintiff
Bleed from his stab wound. See Exhibit: "E"

22) Defendants Wiggins and Bowers were the Super-
visors on duty 10-25-12 when Plaintiff Conwell
was stab 10-25-12.

23) Defendants Wiggins and Bowers Knew or should have
Known that the memo existed that chearly states
that "Plaintiff Conwell and Detainee Kevin Dawson should
Not have Any Contact." See Exhibit: "D"

5-A

24) Defendants Wiggins, and Defendant Bowers Negligently fail to Supervise the people they were suppose to manage and as a Result Plaintiff Conwell was Assaulted, and stabbed with a Deadly Weapon (Knife) by Detainee Kevin Dawson 10-25-12. See Exhibit: "D", and "E"

25) Defendants Romero, Chapman, Malloy, and John Doe officers were ALL Notified by Plaintiff Conwell that he and Detainee Dawson were to be Kept apart - See Exhibit "D" and all the Defendant officers ignored Plaintiff Conwell's Plea, And as a Direct result of the officers deliberate Indifference, Plaintiff Conwell was assaulted, and stabbed with a Knife by Detainee Dawson while Plaintiff Conwell was in "Protective Custody".

26) All Defendants were Under Color Of State Law when the plaintiff was subjected to cruel and Unusual punishment which is a 8th and 14th Amendment violation

27.) Plaintiff Conwell could have bled to death because there was blood All over Plaintiff Shoes, Clothes, and the Floor.

28) Defendants Wiggins and Bowers were Conspiring to cover up the stabbing, With Plaintiff getting Cut on his Wheel-Chair. See Exhibit: "E"

29.) The course of Conduct described above was carried out by the Individual Defendants. At all times relevant, Defendants were acting under color of state Law

5-B

Within the scope of their Employment with Defendant Cook County, or the Cook County Jail.

30.) The course of Conduct describe above amounts to deliberate Indifference, and conscious disregard to the Plaintiff's health and safety that was both dangerous, And Possible Life-threatening. As such defendants conduct deprived Plaintiff Conwell of his rights under the Due Process Clause of the Fourteenth and Eighth Amendment of the Unite States Constitution, and constitutes a form of Cruel and Unusual punishment For which the Fourteenth Amendment allows redress, entitling Plaintiff Conwell to bring this action pursuant to 42 U.S.C. § 1983.

31.) Plaintiff alleges that defendant Cook County are Liable as "Persons" and the 42 U.S.C for the Constitutional deprivation alleged above because Conwell was deprived of his constitutional Rights pursuant to policies or customs that are so persistent and Wide-spread that they constitute the standard operating procedure of Cook County Jail, and is Known by Policy-Making officials, and allowed to Continue.

32.) As a result of the deprivation of his Constitutional Rights pursuant to official policies or customs, Plaintiff Conwell suffered damages, Including permanent scar, Stab Wound, and mental Anguish.

5-C

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) A judgement in Plaintiff favor against all defendant for Compensatory damages of $4 million dollars arising out of the deprivation of Plaintiff Conwell rights under the 8th and 14th amendment of the U.S. Constitution.

2) A judgement in Plaintiff favor for punitive damage against all defendants from the callous, and reckless disregard for Conwell safety and Mental Anguish.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

Revised 9/2007

# EXHIBIT "A"

1) Grievances from 8-30-12 & 8-31-12 that were combine.

2) Grievances with Control # 2012X 12252

3) Proof Cook County Officials were alerted officer Tiscareno had put A hit out on me with Detainee Dawson, and officer Tiscareno Gave him Dawson a Knife.

4) Response to Grievances



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #
2062X/2252

| ! This section is to be completed by Program Services staff - ONLY ! | (! Para ser llenado solo por el personal de Program Services !) |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE

☒ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☒ SUPERINTENDENT: _Dir_

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
Conwell

PRINT - FIRST NAME *(Primer Nombre):*
Donald

ID Number *(# de identificación):*
2012-0607-038

DIVISION *(División):*
8

LIVING UNIT *(Unidad):*
3-South

DATE *(Fecha):*
8/30/12

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  – Date of Incident  – Time of Incident  – Specific Location of Incident
*(Por Favor, Incluya:  Fecha Del Incidente  –  Hora Del Incidente  –  Lugar Específico Del Incidente)*

On 7am/3pm shift officer Tiscareno who attack me on or around March 12, 2012 came on 3-South deliberately to harrasse by coming to my cell, and made the statement "You woke up last time, but you wont next time." He further made the statement "You dont Know who I Know". That's when he went to Detainee Dawson cell 3125 cell and Conversed with Him. Later on 3pm/11pm shift Detainee Dawson (3125 cell) Placed a bunch of Threatening letters on the window to let me view, and Any staff that come to change mine or his TV channell in the Adjoining Closet.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando):*
That Officer Tiscareno stop trying to Get me Attack by Detainee Dawson; (CIU) come take pictures of these Threatening letters on the Window and in his cell, and charges File on Dawson & Tiscareno

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan Información):*
For Theats of Bodily Harm!

INMATE SIGNATURE *(Firma del Preso):*
_[signature]_

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| _[illegible]_ | _[signature]_ | 9/14/12 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | _/_/_ |



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2012x 12252

| ! This section is to be completed by Program Services staff - ONLY ! | *(! Para ser llenado solo por el personal de Program Services !)* |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE

☒ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☒ SUPERINTENDENT: _____ 8

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Conwell

PRINT - FIRST NAME *(Primer Nombre):* Donald

ID Number *(# de identificación):* 2012-0607-038

DIVISION *(División):* 8

LIVING UNIT *(Unidad):* 3-South

DATE *(Fecha):* 7am/3am 8/31/12

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: – Date of Incident – Time of Incident – Specific Location of Incident
*(Pór Favor, Incluya:* Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)

On the above date on 7am/3am shift officer Tiscareno was inside Detainee Dawson cell after the female officer Rodriquez open the door and left. Ofc. Tiscareno then slip Detainee Dawson in cell 3125 a Metal object with a sharp tip (Knife) then walk back to the front of the Unit, and waited in a chair. Detainee Dawson Cell 3125 was took to a unKnown Location by ofc. Tiscareno. The Knife is hidden in his Wheel-Chair (or) Mattress

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado):*
That officer Tiscareno & Detainee Dawson charge with Conspiracy to murder. Pictures of Threatening letters tooken along with Weapon. And issue address (OPR) & (CIU)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso):*

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: 9-4-12

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: / /

(FCN-47)(NOV 11)          (WHITE COPY – PROGRAM SERVICES)          (YELLOW COPY – CRW/PLATOON COUNSELOR)          (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #: 2012 X 12252

### INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Conwell | Ronald | 2012 0001038 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

Det alleges mistreatment by CCDOC correctional staff.

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Supt. Div. 8   DATE REFERRED: 1 — 12

RESPONSE BY PERSONNEL HANDLING REFERRAL:

RK MGR. spoke with detainee Conwell regarding his allegation. He was issued and completed an OIG complaint referral form which was forwarded to OIG.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| CRW Johnson | CRW | X/CMK | 9/20/12 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| CRW Johnson | CRW | X/CMK | 9/20/12 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*: Ronald Conwell

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 9/26/12

### INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso* )

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* 9/26/12

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

First I observe the Metal object come out the cell, Pictures was Not taken and the threatening Notes were trash in the Garbage

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿Apelación del detenido aceptada por el administrador o/su designado(a)?)*   Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / 12 |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación:)* |
|---|---|
| Ronald Conwell | 10/03/12 |

(FCN-48)(NOV 11)     (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY - C.R.W./PLATOON COUNSELOR)     (PINK COPY – INMATE)

# EXHIBIT

# "B"

1) Proof that I Alerted officer Malinas of the Threatening Letters, and Dawson making Gestures towards me with a Knife.

2) (1) Grievance dated 8-31-12 and (1) Grievance dated 9-28-12!

3) Grievance dated 9-28-12 Control # 2012 X 12702. Which still has Not been responded to.



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL # ___n/a___

**! This section is to be completed by Program Services staff - ONLY !** *(! Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:
☒ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☒ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: _Div 8_
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE **LAST** NAME *(Apellido del Preso):* **Conwell**

PRINT - **FIRST** NAME *(Primer Nombre):* **Donald**

ID Number *(# de identificación):* **2012-0607-038**

DIVISION *(División):* **8**

LIVING UNIT *(Unidad):* **3-South**

DATE *(Fecha):* 3pm/11 **8/31/12**

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
* *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
* *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: – Date of Incident – Time of Incident – Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Específico del Incidente)*

On the Above date I repeatly told officer Malinas that Detainee Dawson in cell 3125 had Threatening letter hanging in his door towards me. I further told Her "He's steady in the Window Flashing A Homemade Knife, and making Gestures pointing at me Poking at his neck. Her response was "So". When she observe me writing this Grievance, She retaliated by turning my TV to harrasse me, she turned it off. Later in the day, she deliberately delayed me medical treatment. (In Nurses station turn the call light off every time I Pushed for help. (Ask to see Sgt)

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):*
That OFFICER Malinas is Discipline for a failure to respond Approiate, and a failure to protect. This Grievance Viewed by OPR.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información):* Please View Camera

INMATE SIGNATURE *(Firma del Preso):* _[signature]_

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): _N. Johnson_
SIGNATURE: _N Johnson_
DATE CRW/PLATOON COUNSELOR RECIEVED: 9/4/12

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): _____
SIGNATURE: _____
DATE REVIEWED: __/__/__

(FCN-47)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2012 X 12702

! This section is to be completed by Program Services staff - ONLY !  *(! Para ser llenado solo por el personal de Program Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☒ GRIEVANCE | ☒ SUPERINTENDENT: _Div. 8_ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Conwell

PRINT - FIRST NAME *(Primer Nombre):* Donald

ID Number *(# de Identificación):* 2012-0607-038

DIVISION *(División):* 8

LIVING UNIT *(Unidad):* 3-South

DATE *(Fecha):* 9/28/12

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: – Date of Incident – Time of Incident – Specific Location of Incident
*(Por Favor, Incluya:* – *Fecha Del Incidente* – *Hora Del Incidente* – *Lugar Específico Del Incidente)*

On the above date ofc. Malinas who was assign to 3-South did her Count, and when she Pass my cell. She stop, and stated "You still alive". After that, at NO time did she do her 30 min counts. Which is a Threat to my & others Health and Safety. She hang out on other Units, and when the Nurses need her to open a chuck to give medication, We're always delayed our medical treatment because she's No where to be Found. Then she is quick to Mislead Male Supervisors and Co-Workers with that innocent cute S-it. When 90% of the time. She wrong! On Fridays she refuse to let us Watch the Movie. If we do, We're stuck on the channell alnight.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitada):*
That she Stop harrassing ME, and do her Job.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan Información:)*

INMATE SIGNATURE *(Firma del Preso):* Donald Conwell

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): Ti Johnson

SIGNATURE: Ti Johnson

DATE CRW/PLATOON COUNSELOR RECIEVED: 10/18/12

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): _____

SIGNATURE: _____

DATE REVIEWED: __/__/__

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# EXHIBIT

# "C"

1) Grievance Dated 8-31-12 which is Proof the 3$^{pm}$/11$^{pm}$ shift Sgt. John Doe was Alert of the Threatening Letters Dawson had Posted, and the Knife he Gesturing to stab me with.



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

CONTROL #
_n/a_

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| ! This section is to be completed by Program Services staff - ONLY ! | *(¡ Para ser llenado solo por el personal de Program Services !)* |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES _B_
☒ SUPERINTENDENT: _Div 8_
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: **CONWELL**

PRINT - FIRST NAME *(Primer Nombre)*: **DONALD**

ID Number *(# de identificación)*: **2012-0607-038**

DIVISION *(División)*: **8**

LIVING UNIT *(Unidad)*: **3-SOUTH**

DATE *(Fecha)*: **8/31/12**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Incidente)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no **response** to the request or the response is deemed unsatisfactory.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

| PLEASE INCLUDE: | Date of Incident | Time of Incident | Specific Location of Incident |
|---|---|---|---|
| *(Por Favor, Incluye:)* | *Fecha Del Incidente* | *Hora Del Incidente* | *Lugar Específico del Incidente* |

On 3pm/11pm shift after speaking on Camera, telling officer Malinas "I want to speak to the Sgt." ...Well after I myself stop the Sgt. who was assign to 3pm/11pm shift, and explain "That Detainee Dawson cell 3125 had a Knife", and had threatening Letters in the door towards me." He responded "Look I'm doing a Double shift, I'm bout to go sleep, Write a Grievance to the Commander." (He escorting the detainee who tried to escape on the Unit, and in A cell Along with another officer)

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado)*:

That he to is Discipline for failing to respond Appropriately. And this Grievance address by (OPR) & (CIU)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE *(Firma del Preso)*: |
|---|---|

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): _T. Johnson_ | SIGNATURE: _T. Johnson_ | DATE CRW/PLATOON COUNSELOR RECIEVED: _9/4/12_ |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: _____/_____/_____ |

# EXHIBIT "D"

1) Memo Dated October 16, 2012 which is Proof Plaintiff Conwell was to have NO Contact with Detainee DAWSON

2) Proof that it's a Page (2) I'm being Denyed, and that the memo was *Revised* 10-16-12

3) Memo Typed by Commander J.K. Johhsen to Security STAFF



*Exhibit - *

# COOK COUNTY SHERIFF'S DEPARTMENT OF CORRECTIONS
## MEMORANDUM
### Division X / CERMAK

| TO: | 3 South Security Staff | DATE: | 16 October 2012 |
|---|---|---|---|
| FROM: | Commander J. K. Johnsen | | |
| SUBJECT: | Detainees Allowed Out of Their Rooms | | *Revised* |

All protective custody status detainees housed on 3 South will be allowed out of their rooms twice daily, with the exception of those detainees that have been deemed to be quarantined by the medical staff.

**<u>At no time will detainee Conwell, Donald #2012-0607038 be allowed out with detainees Gibbs, Henry #2008-0073343 or detainee Dawson, Kevin #2010-00322194.</u>**

Each time a group of detainees is allowed out into the dayroom, they will be secured back in their rooms before the next group of detainees is allowed.

This will include any movement entering or leaving the living unit, and anytime another detainee's room has to be opened.

In addition, no detainees will be allowed out during the time that environmental services are on the living unit cleaning the rooms.

The detainees will only be allowed to utilize the large dayroom area of 3 South, and will not be permitted past the blue double doors that divide the living unit.

At no time will any of the 3 South detainees be allowed out of their room to serve as a dayroom worker in any capacity. DOORS ARE NOT BLUE

# EXHIBI
# "E"

1) Proof That <u>I Got Stab</u> on 10-25-12.

2) Proof I was NOT took to my follow up Appointment.

### Cook County Health & Hospital System

### Patient Discharge Instructions

**Name:** CONWELL, DONALD

**Discharge Date:** 10/30/2012 15:06:23

**DOB:** 3/01/1980 12:00 AM **MRN:** 001951244c

**Patient Address:** 2800 S CALIFORNIA CHICAGO IL 60608

**Patient Phone:** (773) 674-5475

**Discharge Diagnoses:** Stab wound

**Nursing Discharge Summary:**

**Updated on**
    10/30/12 02:56 pm by CUBACUB RN, ALDA
**Patient Discharge Summary**
**Destination:** Correctional Facility
**Mode of Transportation:** Other: police car
**Mobility.:** Stretcher
**Accompanied By:.:** Correctional Officer
**Discharged to- Name/ Relationship:** Cermak Jail
**Patient Discharge Status**
**Heart Rate:** 94 bpm
**Systolic Blood Pressure:** 131 mmHg
**Diastolic Blood Pressure:** 77 mmHg
**Respiratory Rate:** 18 breaths/min
**Temperature Oral:** 98.0 DegF
**Temperature Axillary:** 97.9 DegF
**Diet:** general
**If you have questions call::** 3128645834
**Discharge Comments:** Copy of ischargesummary given to the officers
**In Case of Emergency Please Call 911:** .


If you smoke, you are being instructed to stop smoking for the sake of your health. Please discuss this with your clinic
doctor,
or for assistance please call 1-866-QUIT-YES (1-866-784-8937).
**Follow-up Instructions:**


**With:**                          **Address:**                          **When:**

EILEEN WONG                                                          11/13/2012 13:00:00

**Comments:**

Fantus Building 2nd floor
General Medicine Clinic


Name: CONWELL, DONALD                    1 of 13                    10/30/2012 15:06:33
MRN: 001951244c