JH

12cv10062

Date : 1-1-14

To : Prisoner Correspondence

From : Donald Conwell 2012-0607-038

1) I again write to inform the court that I'm still being Denyed Detainee Grievances by the New CRW/Social Worker Ms. Epps. Correctional official are trying to Keep me from standing Up for my Constitutional Rights, and writting Officers Up who Violate their (G.O.) General Orders.

2) Now all of sudden my Phone in my cell is Not working. When I try to call my Civil Attorneys, and family Members the phone Keep saying "You have reach your Maximum Limit of phone calls". But when I have friends call my Numbers, the calls go thru. So Now I am NOT able to speak to My Attorneys Civil or Criminal. And I have Civil cases Pending, See Case: 12-cv-10062.

3) How do you get help From a Attorney From the U.S. District Court Pro Se Assistance Program with Preparing Forms, and Complaint?

FILED
1-7-14 IS
JAN - 7 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Thank You for your help.

Donald Conwell