**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD CONWELL (#2012-0607038),<br><br>Plaintiff,<br><br>vs.<br><br>COMMANDER J. K. JOHNSEN, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 12 cv 10062<br><br>Honorable Judge Ruben Castillo |

**MOTION FOR RELIEF FROM ASSIGNMENT,**
**FOR LEAVE TO WITHDRAW AS COUNSEL TO PLAINTIFF**
**DONALD CONWELL AND TO VACATE SETTLEMENT CONFERENCE**

Pursuant to Local Rule 83.38, David J. Bradford, appointed counsel, along with Melissa M. Root, Caroline A. Lindsey, and Jenner & Block, LLP (collectively "Counsel") respectfully submits this Motion for Relief From Assignment, for Leave to Withdraw as Counsel to Plaintiff Donald Conwell and to Vacate Settlement Conference and states as follows:

1. On March 7, 2013, this Court appointed Mr. Bradford as counsel to Plaintiff Donald Conwell in the above-captioned case, as well as in Case Nos. 12-10063 and 13-355. [Dkt. 8]. Ms. Root and Ms. Lindsey have also appeared in this case. [Dkts. 9, 11] Thereafter, Counsel investigated Plaintiff Donald Conwell's complaints and filed Plaintiff's Consolidated Amended Complaint. [Dkt. 12.]

2. Counsel seeks leave from assignment and to withdraw as counsel pursuant to Local Rule 83.38, which provides, in part:

> (a) Grounds; Application. After assignment counsel may apply to be relieved of an order of assignment only on the following grounds or on such other grounds as the assigning judge finds adequate for good cause shown:
>
> …

> (3) Some personal incompatibility or a substantial disagreement on litigation strategy exists between counsel and the party.

3. During an in-person meeting between certain Jenner & Block attorneys and Mr. Conwell, events occurred that caused Counsel to conclude, in consultation with Jenner & Block firm counsel, that it was necessary and appropriate to seek leave of this Court to withdraw as counsel pursuant to Local Rule 83.38(3).

4. Counsel is mindful of its responsibilities to this Court and its client as appointed counsel, and gave full consideration to both in connection with making the decision to file this Motion. Counsel stands ready to accept an alternate appointment from this Court. In the event that this Court grants the Motion, Counsel will fully cooperate in transitioning representation in this matter either to new appointed counsel or Mr. Conwell.

5. Counsel has provided a copy of this Motion to Mr. Conwell by mailing a copy to him on April 21, 2014.

6. On January 23, 2014, the Court referred this matter to Magistrate Judge Soat Brown for the purpose of scheduling a settlement conference. [Dkt. 33.] The initial settlement conference was set for March 27, 2014. Due to Mr. Conwell's inability to participate in the initially scheduled settlement conference, Magistrate Judge Soat Brown reset the settlement conference for May 15, 2014.

7. Counsel also requests that this Court vacate the settlement conference currently set for May 15, 2014. Based on direct conversations with counsel for the Defendants, Counsel does not believe the May 15, 2014 settlement conference is likely to lead to a resolution of Mr. Conwell's Complaint.

WHEREFORE, Counsel respectfully requests that this Court enter an order relieving Mr. Bradford from his assignment as appointed counsel to Mr. Conwell, authorizing the withdrawal of Counsel, vacating the scheduled May 15, 2014 settlement conference, and granting such other and further relief as this Court deems just and proper.

Dated: April 21, 2014 By: *__________/s/ David J. Bradford________*

David J. Bradford (ARDC #0272094)
dbradford@jenner.com
Melissa M. Root (ARDC #6288246)
mroot@jenner.com
Caroline A. Lindsey (ARDC #6309554)
clindsey@jenner.com

**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-7375