**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD CONWELL (#2012-0607038), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 12 cv 10062 |
| | ) | |
| COMMANDER J. K. JOHNSEN, *et al.*, | ) | Honorable Judge Ruben Castillo |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCES**

PLEASE TAKE NOTICE that David J. Bradford, Melissa M. Root and Caroline A. Lindsey hereby withdraw their appearances on behalf of Donald Conwell, in the above-captioned matter and withdraw as counsel to Donald Conwell.

May 6, 2014

By: *___/s/ David J. Bradford___*

David J. Bradford (ARDC #0272094)
Melissa M. Root (ARDC #6288246)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 840-7375

## CERTIFICATE OF SERVICE

I, David J. Bradford, certify that I caused a copy of the foregoing **Notice of Withdrawal of Appearances** to be served upon Anthony Zecchin by the Court's ECF electronic mail service and by electronic mail (at anthony.zecchin@cookcountyil.gov) on May 6, 2014.

*/s/ David J. Bradford*
David J. Bradford