**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD CONWELL (#2012-0907-038)<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF COOK, THOMAS DART, J.K. JOHNSEN N. BOWENS (BADGE #219), DARNICE WIGGINS (#1189), R. SMITH(#9518), JENNIFER JEFFERSON (#9068), WILLIAM BAKER (#8310), JOSE TISCARENO (#9521), M. OLAVARRIA (#9473), RAMONITA PEREZ (#8466), R. ROMERO (#8802), JIMMY CHAPMAN, JOHN MALLOY, HUDIK, EPPES-DAVIS, CONLEY, SERGERNT JOHNSON, ROONEY, MARTINEZ, ERVIN, TONEY, BEGLEY, KOLNICKI, KOCH, CRUZ, MCGEE, BAILEY, ORTELL, COOK COUNTY JAIL, and JOHN DOES CORRECTIONAL OFFICERS, and SUPERVISORS,<br><br>Defendants. | ) | No.: 2012 - cv -10062 |

**<u>MOTION FOR LEAVE TO TAKE DEPOSITIONS IN EXCESS OF 10</u>**

NOW COMES the plaintiff, Donald Conwell, by Cooney & Conway, and moves this Honorable Court for leave to take depositions in excess of 10, and states:

1. Plaintiff seeks depositions of defendants in this case.

2. There are numerous defendants, partly because this Court has consolidated separate complaints by plaintiff.

3. Plaintiff seeks to depose 17 witnesses, all of whom are defendants.

James T. Newman

**COONEY & CONWAY**
120 N. LaSalle, 30th Floor
Chicago, Illinois 60602
312.236.6166
Firm ID No. 90200