**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD CONWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 10062 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Ruben Castillo |
| COMMANDER J.K. JOHNSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DART'S LOCAL RULE 56.1(a) STATEMENT OF MATERIAL FACTS
AND SUPPORTING EXHIBITS MOTION FOR SUMMARY JUDGMENT**

Defendant Cook County Sheriff Thomas Dart ("Sheriff Dart"), by his attorney, Anita Alvarez, State's Attorney of Cook County, through her assistants Megan K. McGrath and David Lee Bonner, pursuant to Rule 56.1(a) of the Rules of the Northern District of Illinois, submits this statement of facts in support of his Motion for Summary Judgment against Plaintiff Donald Conwell ("Plaintiff").

1.      Plaintiff, Donald Conwell ("Plaintiff") was a pretrial detainee at Cook County Jail in 2011 through at least October 10, 2013. Plaintiff's Third Amended Complaint ("TAC"), Dkt. 88, attached as Def. Ex. A.

2.      Tom Dart is the Sheriff of Cook County. Ex. A at ¶9.

3.      Due to the nature of the claims asserted by Plaintiff, the United States District Court for the Northern District of Illinois has jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(1) and (2). Def. Ex. A, ¶¶3-5.

4.      Plaintiff alleges in his Third Amended Complaint that Individual Defendant Correctional Officers failed to protect him from attack by other inmates, used excessive force, and denied him medical attention. Ex. A at p. 12-27. Plaintiff alleges the conditions of his

1

confinement were unconstitutional and his rights under the First Amendment were violated. Ex. A at p. 27-29.

5.     Plaintiff also alleges Sheriff Dart, as a custom, policy or practice, failed to properly screen, train and/or supervise Cook County Sheriff's employees, and as a result Plaintiff was subject to excessive force by the Defendant Officers. Ex. A at ¶¶ 182-186.

6.     All Defendants deny the allegations brought against them. Defendants' Answer to Plaintiff's Third Amended Complaint ("TAC"), Dkt. 98, attached as Def. Ex. B.

7.     Plaintiff was served with interrogatories specifically related to the claims brought against Sheriff Dart, to which Plaintiff timely responded. Plaintiff's Response to Defendant Sheriff Dart's Interrogatories, attached as Def. Ex. C.

8.      In response to Sheriff Dart's Interrogatory seeking facts and evidence in support of Plaintiff's allegation that Sheriff Dart "created a policy or custom either written or express that is so permanent and well-settled to constitute a usage or custom with the force of law that allowed correctional staff to violate Plaintiff('s)…constitutional and civil rights." Plaintiff referred Sheriff Dart to his complaint and deposition, a "2006 Department of Justice Report and pattern of complaints against Cook County by inmates." Def. Ex. C, pp. 2-3.

9.     Plaintiff repeated this answer in response to the next two interrogatories.  Def. Ex. C, pp. 3-4.

10.     In response to Sheriff Dart's Interrogatory seeking facts and evidence in support of Plaintiff's allegation that Sheriff Dart had "a widespread practice of failing to properly prevent the use of excessive force." Plaintiff referred Sheriff Dart to his deposition, a "2006 Department of Justice Report and suits filed by inmates." Def. Ex. C, pp. 4-5.

11.     In response to the rest of Sheriff Dart's Interrogatories, Plaintiff referred Sheriff Dart to his deposition, a "2006 Department of Justice Report" and "suits against Cook County Department of Corrections." Def. Ex. C, pp. 5-8.

12.     None of the documents or records referenced in Plaintiff's response was attached to his responses, or otherwise produced in discovery in this case.

13.     Plaintiff does not mention any other incidents of Cook County Sheriff Correctional Officers using excessive force or otherwise injuring a detainee other than his alleged incidents in his Complaint. Def. Ex. A. general.

14.     Plaintiff does not mention any other incidents of Cook County Sheriff Correctional Officers using excessive force or otherwise injuring a detainee other than his alleged incidents in his deposition testimony. Plaintiff's Deposition Transcript, attached as Def. Ex. D.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By:     */s/ Megan K. McGrath*
Megan K. McGrath
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5967

*/s/ David Lee Bonner*
David Lee Bonner
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-2721