

Exhibit - ●

# COOK COUNTY SHERIFF'S DEPARTMENT OF CORRECTIONS
## MEMORANDUM
### Division X / CERMAK

| TO: | 3 South Security Staff | DATE: | 16 October 2012 |
|---|---|---|---|
| FROM: | Commander J. K. Johnsen | | |
| SUBJECT: | Detainees Allowed Out of Their Rooms | | *Revised* |

All protective custody status detainees housed on 3 South will be allowed out of their rooms twice daily, with the exception of those detainees that have been deemed to be quarantined by the medical staff.

<u>At no time will detainee Conwell, Donald #2012-0607038 be allowed out with detainees Gibbs, Henry #2008-0073343 or detainee Dawson, Kevin #2010-00322194.</u>

Each time a group of detainees is allowed out into the dayroom, they will be secured back in their rooms before the next group of detainees is allowed.

This will include any movement entering or leaving the living unit, and anytime another detainee's room has to be opened.

In addition, no detainees will be allowed out during the time that environmental services are on the living unit cleaning the rooms.

The detainees will only be allowed to utilize the large dayroom area of 3 South, and will not be permitted past the blue double doors that divide the living unit.

At no time will any of the 3 South detainees be allowed out of their room to serve as a dayroom worker in any capacity. [handwritten: DOORS ARE NOT BLUE]



PLAINTIFF'S EXHIBIT B

Exhibit-2

## Cook County Health & Hospital System

### Patient Discharge Instructions

Name: CONWELL, DONALD

Discharge Date: 10/30/2012 15:06:23

DOB: 3/01/1980 12:00 AM MRN: 001951244c

Patient Address: 2800 S CALIFORNIA CHICAGO IL 60608

Patient Phone: (773) 674-5475

→ Discharge Diagnoses: Stab wound ←

Nursing Discharge Summary:
Updated on
    10/30/12 02:56 pm by CUBACUB RN, ALDA
Patient Discharge Status:
Destination: Correctional Facility
Mode of Transportation: Other police car
Mobility.: Stretcher
Accompanied By:.: Correctional Officer
Discharged to- Name/ Relationship: Cermak Jail
Patient Discharge Status
Heart Rate: 94 bpm
Systolic Blood Pressure: 131 mmHg
Diastolic Blood Pressure: 77 mmHg
Respiratory Rate: 18 breaths/min
Temperature Oral: 98.0 DegF
Temperature Axillary: 97.9 DegF
Diet: general
If you have questions call:: 3128645834
Discharge Comments: Copy of ischargesummary given to the officers
In Case of Emergency Please Call 911:

If you smoke, you are being instructed to stop smoking for the sake of your health. Please discuss this with your clinic doctor,
or for assistance please call 1-866-QUIT-YES (1-866-784-8937).

Follow-up Instructions:

| With: | Address: | When: |
|---|---|---|
| EILEEN WONG | | 11/13/2012 13:00:00 |

Comments:

Fantus Building 2nd floor
General Medicine Clinic

Name: CONWELL, DONALD      1 of 13      10/30/2012 15:06:33
MRN: 001951244c