**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Donald Conwell | ) | |
| | ) | Case No: 12 C 10062 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Commander J.K. Johnsen, et al., | ) | |

**ORDER**

Enter Memorandum Opinion and Order. The trial set for November 14, 2016 is stricken. The Court will hold a status hearing in open court on November 15, 2016 at 9:45 a.m. Defendant Officers' motion for summary judgment [114] is granted in part and denied in part. Defendant Dart's motion for summary judgment [117] is granted as to Plaintiff's *Monell* claim. All of the unnamed John Doe Defendant Officers, and Defendant Officers Bailey, Conley, Cruz, Ervin, Koch, J.K. Johnsen, Sgt. Johnson, McGee, Ortell, and Toney are dismissed without prejudice.

Date: November 9, 2016 /s/ Chief Judge Ruben Castillo