**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DONAL CONWELL (#2012-0907-038) )
)
Plaintiff, )
) No.: 2012-cv-10062
)
v. )
)
COUNTY OF COOK, N. BOWENS (BADGE #219), )
JENNIFER JEFFERSON (#9068), WILLIAM BAKER )
(#8310), JOSE TISCARENO (#9521), M. )
OLAVARRIA (#9473), RAMONITA PEREZ (#8466), )
R. ROMERO (#8802), JIMMY CHAPMAN, )
JOHN MALLOY, COMMANDER HUDIK, ROONEY, )
)
Defendants. )

**MOTION IN LIMINE**

NOW COMES the Plaintiff, Donald Conwell, and moves in limine to exclude evidence that he may have been masturbating before the March 12, 2012 incident, and states:

1. Officer J. Leachman/Jefferson may offer testimony that Donald Conwell was masturbating at some time before the March 12, 2012, incident in which Plaintiff alleges he was beaten by the guards.

2. Whether or not Plaintiff was masturbating has nothing to do with the guards beating him while trying to move him to another cell, and thus is irrelevant.

3. It is highly prejudicial to introduce evidence that Plaintiff was masturbating, and the prejudicial effect outweighs any probative value of the testimony.

James T. Newman

**COONEY & CONWAY**
120 N. LaSalle St., 30th Fl.
Chicago, IL 60602
(312) 236 - 6166
Atty No. 90200